### I. AROTSKY, RESPONDENT, v. I. KROPNITSKY, APPELLANT.

Submitted November 7, 1924—Decided January 19, 1925.

On appeal from the Supreme Court, whose opinion is reported in 98 *N. J. L.* 344.

For the respondent, *Cohen & Klein.*

For the appellant, *Arthur B. Seymour.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, JJ. 12.

*For reversal*—None.